ALEXANDER B. TRUEBLOOD (Cal. Bar No. 150897)
TRUEBLOOD LAW FIRM
10940 Wilshire Boulevard, Suite 1600
Los Angeles, California 90024
Telephone:  (310) 443-4139
Facsimile:  (310) 943-2255

Attorneys for Plaintiffs
JUSTIN AND ANDREW GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| JUSTIN GARCIA, and ANDREW GARCIA,<br><br>          Plaintiffs,<br><br>     vs.<br><br>KEITH AND KAL INC. dba ALL COUNTY RECOVERY<br><br>          Defendant. | Case No.: 1:17−CV−01230−AWI-JLT<br><br>**NOTICE OF SETTLEMENT** |

   Plaintiffs and defendant hereby advise the Court that this matter has conditionally settled.  The parties therefore request that the Court vacate the existing Mid-Discovery Status Conference and schedule a status conference regarding the settlement in 75 days.  The settlement provides that the case will not be dismissed

until after 60 days, to permit some additional discovery. Therefore, the case should not be dismissed at this time.

DATED: June 7, 2018	TRUEBLOOD LAW FIRM

By: */s/ Alexander B. Trueblood*
Alexander B. Trueblood
Attorneys for Plaintiffs
JUSTIN AND ANDREW GARCIA

DATED: June 7, 2018	McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Gordon M. Park*
Gordon M. Park
Attorneys for Defendant
KEITH AND KAL, INC.