# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN GARCIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KEITH AND KAL, INC.,<br><br>　　　　Defendant. | Case No.: 1:17-cv-01230 AWI JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br>(Doc. 14) |

The parties report they had come to terms of settlement. (Doc. 14) They indicate they will seek dismissal of the action within 60 days. Id. at 2. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than August 20, 2018**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

　Dated:　**June 8, 2018**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE