1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Gordon M. Park, #72190
     *gordon.park@mccormickbarstow.com*
3  Beau R. Mosman, #321404
     *beau.mosman@mccormickbarstow.com*
4  7647 North Fresno Street
   Fresno, California 93720
5  Telephone:  (559) 433-1300
   Facsimile:  (559) 433-2300
6
7  Attorneys for KEITH AND KAL INC. dba ALL COUNTY RECOVERY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| JUSTIN GARCIA, and ANDREW GARCIA, <br><br> Plaintiffs, <br><br> v. <br><br> KEITH AND KAL INC. dba ALL COUNTY RECOVERY, <br><br> Defendants. | Case No. 1:17-CV-1230-AWI-JLT <br><br> **DECLARATION OF GORDON M. PARK IN OPPOSITION TO PLAINTIFF'S MOTION TO DISMISS ACTION AND FOR A PROTECTIVE ORDER** <br><br> Judge: Hon. Hon. Anthony W. Ishii <br> Date: August 20, 2018 <br> Time: 1:30 p.m. <br> Crtrm.: 2, 8th Floor |

I, Gordon M. Park, declare as follows:

1. I am an attorney at law duly licensed to practice in all federal and state courts of California. I have personal knowledge of the facts stated herein, and if called as a witness, would competently testify thereto. I am the attorney of record for defendant Keith and Kal Inc. in this matter.

2. Plaintiffs filed a related action in this Court for the same underlying dispute in <u>Garcia v. Kakish, et al</u>, E.D. Calif. Case No: 1:17-cv-00374-JLT. Defendant was not named in that action. However, Santander Consumer, USA Inc., with which Defendant has an indemnity agreement through PAR North America, was named in that related case. That case is in an arbitration proceeding but its status is unknown to me.

3. During the month of April 2018, the parties agreed to the date of June 4, 2018 for the taking

1  of both of the Plaintiffs' depositions in Bakersfield, California.  Plaintiff's counsel emailed me to
2  request that the depositions be moved to Los Angeles rather than Bakersfield in order to accommodate
3  one of the Plaintiff's and Plaintiffs' counsel.  I promptly agreed to move the depositions to Los
4  Angeles to accommodate Plaintiffs and their counsel.

5      4. On June 4, 2018, immediately before the depositions were to begin, Plaintiffs' counsel and
6  I began to discuss possible settlement options.  I attempted to reach Defendant via telephone but was
7  unable to reach him at that time.  Both Plaintiffs and Plaintiff's counsel signed a "Memo of
8  Understanding."  I also signed the Memo; however, Defendant never signed the Memo.  A true and
9  correct copy of the Memo of Understanding is attached hereto as **Exhibit A**.

10     5. Following the signing of the Memo, I presented the terms of the Memo to Defendant's
11 President and controlling shareholder, Kalpesh Patel, and Defendant rejected the terms.  I then advised
12 Plaintiffs that there was no settlement without revision of certain terms in the original draft of the
13 Memo of Understanding.  Specifically, Defendant wanted to depose one or both of the Plaintiffs.

14     6. On June 26, 2018, I served a notice for the deposition of Plaintiff Andrew Garcia to be
15 taken on July 24, 2018.  A true and correct copy of the Fourth Re-Notice of Taking Videotaped
16 Deposition of Plaintiff Andrew Garcia is attached hereto as **Exhibit B**.

17     6. On July 11, 2018, I served a notice for the deposition of the Plaintiff Justin Garcia to be
18 taken on July 24, 2018.  A true and correct copy of the Fourth Re-Notice of Taking Videotaped
19 Deposition of Plaintiff Justin Garcia is attached hereto as **Exhibit C**.

20     7. On July 20, 2018, after Plaintiffs had been served the notices, Plaintiffs filed their motion to
21 dismiss this lawsuit.

22     8. Defendant has incurred attorney fees of $11,004.00 (at a rate of $250/hr for approximately
23 44 hours) and costs of $2,373.31 to defend this lawsuit to date.

24 //
25 //
26 //
27
28

1  Dated:  August 6, 2018                    McCORMICK, BARSTOW, SHEPPARD,
2                                                                          WAYTE & CARRUTH LLP
3
4                                                              By: _____/S/ Gordon M. Park_____
                                                                        Gordon M. Park
5                                                              Attorneys for KEITH AND KAL INC. dba ALL
                                                                        COUNTY RECOVERY
6
7  60407-00001 5270978.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

3
DEFENDANT'S OPPOSITION TO MOTION TO DISMISS ACTION AND FOR A PROTECTIVE ORDER