# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JUSTIN GARCIA, ET AL.,**

CASE NO: **1:17–CV–01230–AWI–JLT**

v.

**KEITH AND KAL INC.,**

_____

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/17/2018**

**Marianne Matherly**
Clerk of Court

ENTERED: **October 17, 2018**

by: /s/ T. Lundstrom
Deputy Clerk